IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY ANTHONY, #223443, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:03-CV-0312-F |
| ) | WO |
| CHARLES HUDSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 28, 2005 (Doc. 46), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The motion for summary judgment filed by Defendants (Doc. 15) is GRANTED;

2. This case is dismissed with prejudice; and

3. The costs of this proceeding are taxed against Plaintiff.

DONE this day 27th of July, 2005.

                                                         /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE